| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Todd Diedrich**<br>**Ashley Esquivel**<br><br><br><br>Debtor(s). | CASE NO.: **6:25-bk-13091-RB**<br>CHAPTER: **13** |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **05/27/2025**    **Todd Diedrich**                              
                         Printed name of Debtor 1                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: __05/27/2025__   __Ashley Esquivel__                              _____
                        Printed name of Debtor 2                              Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                    **F 1002-1.EMP.INCOME.DEC**

AAA SERVICE PLUMBING INC
14998 W 6th Ave
Building F
Golden, CO 80002

Direct Deposit Advice

**Check Date**
March 28, 2025

**Voucher Number**
25400

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, | C | ***1953 | 1,757.28 |
| **Total Direct Deposits** | | | **1,847.28** |

112314  1100  751 25400 23534          112314

**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO  80004-2408

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

## AAA SERVICE PLUMBING INC

**Ashley Esquivel**                                                      **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 751 | Fed Taxable Income | 2,275.00 | Check Date | March 28, 2025 |
| Location | 1100 | Fed Filing Status | H | Period Beginning | March 16, 2025 |
| Salary | $1,200.00 | State Filing Status | CODR | Period Ending | March 22, 2025 |

| | | Voucher Number | 25400 |
|---|---|---|---|
| | | Net Pay | 1,847.28 |
| | | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | 0.00 | 1,075.00 | 1,575.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 4,800.00 |
| **Gross Earnings** | | **40.00** | **2,275.00** | **7,095.00** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| CO | | 95.00 | 283.00 |
| COPFL-EE | | 0.00 | 0.00 |
| FITW | | 158.68 | 158.68 |
| MED | | 32.99 | 102.88 |
| SS | | 141.05 | 439.89 |
| **Taxes** | | **427.72** | **984.45** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | | Type Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | | C  ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | | C  ***1953 | 1,757.28 |
| **Total Direct Deposits** | | | **1,847.28** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| PAID | 6.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

AAA SERVICE PLUMBING INC | 14998  W 6th Ave Building F  Golden, CO 80002 | (720) 317-2794 | FEIN: 20-2897212

**AAA SERVICE PLUMBING INC**
Building F
Golden, CO 80002

paylocity

**Voucher Number**
25659

April 4, 2025

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, | C | ***1953 | 970.20 |
| **Total Direct Deposits** | | | **1,060.20** |

DIRECT DEPOSIT VOUCHER

112314   1100   751 25659 23762          **112314**
**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO  80004-2408

Non Negotiable - This is not a check - Non Negotiable

---

## Non Negotiable - This is not a check - Non Negotiable

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**                                                                       **Earnings Statement**

| Employee ID | 751 | Fed Taxable Income | 1,200.00 | Check Date | April 4, 2025 | Voucher Number | 25659 |
|---|---|---|---|---|---|---|---|
| Location | 1100 | Fed Filing Status | H | Period Beginning | March 23, 2025 | Net Pay | 1,060.20 |
| Salary | $1,200.00 | State Filing Status | CODR | Period Ending | March 29, 2025 | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 1,575.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 6,000.00 |
| **Gross Earnings** | | **40.00** | **1,200.00** | **8,295.00** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| CO | | | 48.00 | 331.00 |
| COPFL-EE | | | 0.00 | 0.00 |
| FITW | | | 0.00 | 158.68 |
| MED | | | 17.40 | 120.28 |
| SS | | | 74.40 | 514.29 |
| **Taxes** | | | **139.80** | **1,124.25** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | | Type Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | | C   ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | | C   ***1953 | 970.20 |
| **Total Direct Deposits** | | | **1,060.20** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| PAID | 7.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

AAA SERVICE PLUMBING INC
14998 W 6th Ave
Building F
Golden, CO 80002

Direct Deposit Advice

**Check Date**
April 11, 2025

**Voucher Number**
25893

DIRECT DEPOSIT VOUCHER

112314   1100   751  25893  23965          **112314**
**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO  80004-2408

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, | C | ***1953 | 1,575.82 |
| **Total Direct Deposits** | | | **1,665.82** |

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**                                              **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **751** | Fed Taxable Income | **2,000.00** | Check Date | **April 11, 2025** |
| Location | **1100** | Fed Filing Status | **H** | Period Beginning | **March 30, 2025** |
| Salary | **$1,200.00** | State Filing Status | **CODR** | Period Ending | **April 5, 2025** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | 25893 |
| Net Pay | 1,665.82 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | 0.00 | 800.00 | 2,375.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 7,200.00 |
| **Gross Earnings** | | **40.00** | **2,000.00** | **10,295.00** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| CO | | 83.00 | 414.00 |
| COPFL-EE | | 0.00 | 0.00 |
| FITW | | 98.18 | 256.86 |
| MED | | 29.00 | 149.28 |
| SS | | 124.00 | 638.29 |
| **Taxes** | | **334.18** | **1,458.43** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | C | ***1953 | 1,575.82 |
| **Total Direct Deposits** | | | **1,665.82** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PAID | 8.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

AAA SERVICE PLUMBING INC | 14998  W 6th Ave Building F  Golden, CO 80002 | (720) 317-2794 | FEIN: 20-2897212

AAA SERVICE PLUMBING INC
14998 W 6th Ave
Building F
Golden, CO 80002

**Direct Deposit Advice**

**Check Date** April 25, 2025

**Voucher Number** 26384

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| | Jpmorgan Chase Bank, | C | ***1953 | 970.20 |
| 112314  1100  751 26384 24396 | **112314** | **Total Direct Deposits** | | **1,060.20** |
| **Ashley Esquivel** | | | | |
| 12282 W 65th Ave | | | | |
| Arvada, CO 80004-2408 | | | | |

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**

**Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | **751** | Fed Taxable Income | **1,200.00** |
| Location | **1100** | Fed Filing Status | **H** |
| Salary | **$1,200.00** | State Filing Status | **CODR** |

| | |
|---|---|
| Check Date | **April 25, 2025** |
| Period Beginning | **April 13, 2025** |
| Period Ending | **April 19, 2025** |

| | |
|---|---|
| Voucher Number | **26384** |
| Net Pay | **1,060.20** |
| Total Hours Worked | **40.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 2,375.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 9,600.00 |
| **Gross Earnings** | | **40.00** | **1,200.00** | **12,695.00** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| CO | | 48.00 | 510.00 |
| COPFL-EE | | 0.00 | 0.00 |
| FITW | | 0.00 | 256.86 |
| MED | | 17.40 | 184.08 |
| SS | | 74.40 | 787.09 |
| **Taxes** | | **139.80** | **1,738.03** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | | Type | Account | Amount |
|---|---|---|---|---|
| Jp Morgan Chase Bank | | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | | C | ***1953 | 970.20 |
| **Total Direct Deposits** | | | | **1,060.20** |

| | **Available Plan Year** | |
|---|---|---|
| **Time Off** | **to Use** | **Used** |
| PAID | 11.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

AAA SERVICE PLUMBING INC | 14998  W 6th Ave Building F  Golden, CO 80002 | (720) 317-2794 | FEIN: 20-2897212

AAA SERVICE PLUMBING INC
14998 W 6th Ave
Building F
Golden, CO 80002

Direct Deposit Advice

**Check Date**
April 18, 2025

**Voucher Number**
26131

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, | C | ***1953 | 970.20 |
| **Total Direct Deposits** | | | **1,060.20** |

112314  1100  751 26131 24177        **112314**
**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO  80004-2408

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **751** | Fed Taxable Income | **1,200.00** | Check Date | **April 18, 2025** | |
| Location | **1100** | Fed Filing Status | **H** | Period Beginning | **April 6, 2025** | |
| Salary | **$1,200.00** | State Filing Status | **CODR** | Period Ending | **April 12, 2025** | |

| | | | |
|---|---|---|---|
| Voucher Number | **26131** |
| Net Pay | **1,060.20** |
| Total Hours Worked | **40.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 2,375.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 8,400.00 |
| **Gross Earnings** | | **40.00** | **1,200.00** | **11,495.00** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| CO | | 48.00 | 462.00 |
| COPFL-EE | | 0.00 | 0.00 |
| FITW | | 0.00 | 256.86 |
| MED | | 17.40 | 166.68 |
| SS | | 74.40 | 712.69 |
| **Taxes** | | **139.80** | **1,598.23** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Jp Morgan Chase Bank | C    ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | C    ***1953 | 970.20 |
| **Total Direct Deposits** | | **1,060.20** |

| | Available Plan Year | | |
|---|---|---|---|
| Time Off | to Use | Used | |
| PAID | 10.00 | 0.00 | |
| Vacation | 0.00 | 0.00 | |

**AAA SERVICE PLUMBING INC**
Building F
Golden, CO 80002

paylocity

Check Date
May 2, 2025

Voucher Number
26621

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, | C | ***1953 | 1,655.53 |
| **Total Direct Deposits** | | | **1,745.53** |

112314   1100   751 26621 24604          **112314**
**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO 80004-2408

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**

**Earnings Statement**

| Employee ID | 751 | Fed Taxable Income | 2,138.80 | Check Date | May 2, 2025 | Voucher Number | 26621 |
|---|---|---|---|---|---|---|---|
| Location | 1100 | Fed Filing Status | H | Period Beginning | April 20, 2025 | Net Pay | 1,745.53 |
| Salary | $1,200.00 | State Filing Status | CODR | Period Ending | April 26, 2025 | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | 0.00 | 1,000.00 | 3,375.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 10,800.00 |
| **Gross Earnings** | | **40.00** | **2,200.00** | **14,895.00** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| CO | | 89.00 | 599.00 |
| COPFL-EE | | 0.00 | 0.00 |
| FITW | | 128.71 | 385.57 |
| MED | | 31.01 | 215.09 |
| SS | | 132.61 | 919.70 |
| **Taxes** | | **381.33** | **2,119.36** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident | 3.88 | 3.88 |
| Dental Ins | 9.31 | 9.31 |
| Life Ins | 8.06 | 8.06 |
| Medical Ins | 50.41 | 50.41 |
| Vision | 1.48 | 1.48 |
| **Deductions** | **73.14** | **73.14** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | C | ***1953 | 1,655.53 |
| **Total Direct Deposits** | | | **1,745.53** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| PAID | 12.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

AAA SERVICE PLUMBING INC | 14998  W 6th Ave Building F  Golden, CO 80002 | (720) 317-2794 | FEIN: 20-2897212



AAA SERVICE PLUMBING INC
14998 W 6th Ave
Building F
Golden, CO 80002

Direct Deposit Advice

**Check Date**
May 9, 2025

**Voucher Number**
26973

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, | C | ***1953 | 904.74 |
| **Total Direct Deposits** | | | **994.74** |

DIRECT DEPOSIT VOUCHER

112314   1100   751 26973 24923          **112314**
**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO  80004-2408

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**

**Earnings Statement**

| Employee ID | 751 | Fed Taxable Income | 1,138.80 | Check Date | May 9, 2025 | Voucher Number | 26973 |
|---|---|---|---|---|---|---|---|
| Location | 1100 | Fed Filing Status | H | Period Beginning | April 27, 2025 | Net Pay | 994.74 |
| Salary | $1,200.00 | State Filing Status | CODR | Period Ending | May 3, 2025 | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 3,410.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 12,000.00 |
| **Gross Earnings** | | **40.00** | **1,200.00** | **16,130.00** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| CO | | | 45.00 | 644.00 |
| COPFL-EE | | | 0.00 | 0.00 |
| FITW | | | 0.00 | 385.57 |
| MED | | | 16.51 | 232.11 |
| SS | | | 70.61 | 992.48 |
| **Taxes** | | | **132.12** | **2,254.16** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident | 3.88 | 7.76 |
| Dental Ins | 9.31 | 18.62 |
| Life Ins | 8.06 | 16.12 |
| Medical Ins | 50.41 | 100.82 |
| Vision | 1.48 | 2.96 |
| **Deductions** | **73.14** | **146.28** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | C | ***1953 | 904.74 |
| **Total Direct Deposits** | | | **994.74** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PAID | 14.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

**AAA SERVICE PLUMBING INC**
Building F
Golden, CO 80002

paylocity

Check Date
May 16, 2025

**Voucher Number**
27179

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| | Jpmorgan Chase Bank, | C | ***1953 | 904.74 |
| 112314  1100  751 27179 25107     **112314** | **Total Direct Deposits** | | | **994.74** |

**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO 80004-2408

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**

**Earnings Statement**

| Employee ID | 751 | Fed Taxable Income | 1,138.80 | Check Date | May 16, 2025 | Voucher Number | 27179 |
|---|---|---|---|---|---|---|---|
| Location | 1100 | Fed Filing Status | H | Period Beginning | May 4, 2025 | Net Pay | 994.74 |
| Salary | $1,200.00 | State Filing Status | CODR | Period Ending | May 10, 2025 | Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 3,410.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 13,200.00 |
| **Gross Earnings** | | **40.00** | **1,200.00** | **17,330.00** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| CO | | | 45.00 | 689.00 |
| COPFL-EE | | | 0.00 | 0.00 |
| FITW | | | 0.00 | 385.57 |
| MED | | | 16.51 | 248.62 |
| SS | | | 70.61 | 1,063.09 |
| **Taxes** | | | **132.12** | **2,386.28** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident | 3.88 | 11.64 |
| Dental Ins | 9.31 | 27.93 |
| Life Ins | 8.06 | 24.18 |
| Medical Ins | 50.41 | 151.23 |
| Vision | 1.48 | 4.44 |
| **Deductions** | **73.14** | **219.42** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | C | ***1953 | 904.74 |
| **Total Direct Deposits** | | | **994.74** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PAID | 15.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

14998  W 6th Ave
Building F
Golden, CO 80002

Direct Deposit Advice

**Check Date**  **Voucher Number**
May 22, 2025       27492

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, | C | ***1953 | 1,721.88 |
| **Total Direct Deposits** | | | **1,811.88** |

DIRECT DEPOSIT VOUCHER

112314   1100   751 27492 25388        **112314**
**Ashley Esquivel**
12282 W 65th Ave
Arvada, CO  80004-2408

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### AAA SERVICE PLUMBING INC

**Ashley Esquivel**                                                                  **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **751** | Fed Taxable Income | **2,238.80** | Check Date | **May 22, 2025** | Voucher Number | **27492** |
| Location | **1100** | Fed Filing Status | **H** | Period Beginning | **May 11, 2025** | Net Pay | **1,811.88** |
| Salary | **$1,200.00** | State Filing Status | **CODR** | Period Ending | **May 17, 2025** | Total Hours Worked | **40.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | 0.00 | 1,100.00 | 4,510.00 |
| Regular | | | | 720.00 |
| Salary | 30.00 | 40.00 | 1,200.00 | 14,400.00 |
| **Gross Earnings** | | **40.00** | **2,300.00** | **19,630.00** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| CO | | | 93.00 | 782.00 |
| COPFL-EE | | | 0.00 | 0.00 |
| FITW | | | 150.71 | 536.28 |
| MED | | | 32.46 | 281.08 |
| SS | | | 138.81 | 1,201.90 |
| **Taxes** | | | **414.98** | **2,801.26** |

| Deductions | Amount | YTD |
|---|---|---|
| Accident | 3.88 | 15.52 |
| Dental Ins | 9.31 | 37.24 |
| Life Ins | 8.06 | 32.24 |
| Medical Ins | 50.41 | 201.64 |
| Vision | 1.48 | 5.92 |
| **Deductions** | **73.14** | **292.56** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jp Morgan Chase Bank | C | ***7054 | 90.00 |
| Jpmorgan Chase Bank, NA | C | ***1953 | 1,721.88 |
| **Total Direct Deposits** | | | **1,811.88** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| PAID | 16.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 03/28/2025
NET PAY: $0.00

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 03/28/2025 |
| Period Ending: | 03/28/2025 |
| Pay Date: | 03/28/2025 |
| Total Hours: | 0.00 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.00 | 0.00 | 0.00 |
| Paid time off | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 0.00 |
| Sick | 0.00 | 0.00 | 0.00 |

**NET PAY:**                                                          **$0.00**

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $0.00 | $0.00 |
| Taxes | $0.00 | $0.00 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$0.00** | |

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 03/28/2025
NET PAY: $2,612.72

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 03/17/2025 |
| Period Ending: | 03/23/2025 |
| Pay Date: | 03/28/2025 |
| Total Hours: | 40.69 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 31.54 |
| Paid time off | 0.77 | 0.00 | 4.74 |
| Vacation | 0.77 | 0.00 | 4.74 |
| Sick | 0.58 | 0.00 | 22.40 |
| MEMO: | | | |

| | |
|---|---|
| **NET PAY:** | **$2,612.72** |
| Acct#....2104: | $2,612.72 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 45.00 | 1,800.00 | 22,159.80 |
| Overtime Pay | 0.69 | 67.50 | 46.58 | 2,525.87 |
| Paid time off | - | 45.00 | 0.00 | 270.00 |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 |
| Bonus | - | - | 718.58 | 4,274.11 |
| Paycheck Tips | - | - | 411.69 | 2,393.79 |
| On Call Spiff | - | - | 0.00 | 900.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 184.56 | 2,033.20 |
| Medicare | 43.17 | 475.51 |
| CO Income Tax | 123.00 | 1,335.00 |
| CO Paid Family and Medical Leave EE | 13.40 | 147.56 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,976.85 | $32,793.57 |
| Taxes | $364.13 | $3,991.27 |
| Deductions | $0.00 | $0.00 |

**Net Pay**           **$2,612.72**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Check No.: 2432

Pay Stub Detail
PAY DATE: 04/04/2025
NET PAY: $2,319.82

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

---

Check No.: 2432

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 03/24/2025 |
| Period Ending: | 03/30/2025 |
| Pay Date: | 04/04/2025 |
| Total Hours: | 36.26 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available | | |
|---|---|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 32.31 | NET PAY: | $2,319.82 |
| Paid time off | 0.77 | 0.00 | 5.51 | | |
| Vacation | 0.77 | 0.00 | 5.51 | | |
| Sick | 0.58 | 0.00 | 22.98 | | |
| MEMO: | | | | | |

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 36.26 | 45.00 | 1,631.70 | 23,791.50 |
| Overtime Pay | - | 67.50 | 0.00 | 2,525.87 |
| Paid time off | - | 45.00 | 0.00 | 270.00 |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 |
| Bonus | - | - | 514.92 | 4,789.03 |
| Reimbursement | - | - | 250.00 | 250.00 |
| Paycheck Tips | - | - | 209.00 | 2,602.79 |
| On Call Spiff | - | - | 0.00 | 900.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 146.05 | 2,179.25 |
| Medicare | 34.15 | 509.66 |
| CO Income Tax | 95.00 | 1,430.00 |
| CO Paid Family and Medical Leave EE | 10.60 | 158.16 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,605.62 | $35,399.19 |
| Taxes | $285.80 | $4,277.07 |
| Deductions | $0.00 | $0.00 |

**Net Pay**             **$2,319.82**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Check No.: 2443

Pay Stub Detail
PAY DATE: 04/11/2025
NET PAY: $3,999.14

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

---

Check No.: 2443

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**PAY PERIOD**
| | |
|---|---|
| Period Beginning: | 03/31/2025 |
| Period Ending: | 04/06/2025 |
| Pay Date: | 04/11/2025 |
| Total Hours: | 48.38 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available | | | |
|---|---|---|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 33.08 | NET PAY: | | $3,999.14 |
| Paid time off | 0.77 | 0.00 | 6.28 | | | |
| Vacation | 0.77 | 0.00 | 6.28 | | | |
| Sick | 0.58 | 0.00 | 23.56 | | | |
| MEMO: | | | | | | |

---

| PAY | Hours | Rate | Current | YTD | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 45.00 | 1,800.00 | 25,591.50 | | | | |
| Overtime Pay | 8.38 | 67.50 | 565.65 | 3,091.52 | | | | |
| Paid time off | - | 45.00 | 0.00 | 270.00 | | | | |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 | | | | |
| Bonus | - | - | 2,094.89 | 6,883.92 | | | | |
| Reimbursement | - | - | 0.00 | 250.00 | | | | |
| Paycheck Tips | - | - | 0.00 | 2,602.79 | | | | |
| On Call Spiff | - | - | 100.00 | 1,000.00 | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 282.75 | 2,462.00 |
| Medicare | 66.13 | 575.79 |
| CO Income Tax | 192.00 | 1,622.00 |
| CO Paid Family and Medical Leave EE | 20.52 | 178.68 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $4,560.54 | $39,959.73 |
| Taxes | $561.40 | $4,838.47 |
| Deductions | $0.00 | $0.00 |

**Net Pay**              **$3,999.14**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 04/18/2025
NET PAY: $1,282.83

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

| PAY PERIOD | |
|---|---|
| Period Beginning: | 04/07/2025 |
| Period Ending: | 04/13/2025 |
| Pay Date: | 04/18/2025 |
| Total Hours: | 33.05 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 33.84 |
| Paid time off | 0.77 | 0.00 | 7.04 |
| Vacation | 0.77 | 0.00 | 7.04 |
| Sick | 0.58 | 0.00 | 24.13 |
| MEMO: | | | |

| NET PAY: | $1,282.83 |
|---|---|
| Acct#....2104: | $1,282.83 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 33.05 | 45.00 | 1,487.25 | 27,078.75 |
| Overtime Pay | - | 67.50 | 0.00 | 3,091.52 |
| Paid time off | - | 45.00 | 0.00 | 270.00 |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 |
| Bonus | - | - | 0.00 | 6,883.92 |
| Reimbursement | - | - | 0.00 | 250.00 |
| Paycheck Tips | - | - | 0.00 | 2,602.79 |
| On Call Spiff | - | - | 0.00 | 1,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Channel Locks on 4/15/25 | 26.95 | 26.95 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 92.21 | 2,554.21 |
| Medicare | 21.57 | 597.36 |
| CO Income Tax | 57.00 | 1,679.00 |
| CO Paid Family and Medical Leave EE | 6.69 | 185.37 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,487.25 | $41,446.98 |
| Taxes | $177.47 | $5,015.94 |
| Deductions | $26.95 | $26.95 |

**Net Pay**          **$1,282.83**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 04/25/2025
NET PAY: $3,990.60

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| PAY PERIOD | |
|---|---|
| Period Beginning | 04/14/2025 |
| Period Ending: | 04/20/2025 |
| Pay Date: | 04/25/2025 |
| Total Hours: | 43.61 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 34.61 |
| Paid time off | 0.77 | 0.00 | 7.81 |
| Vacation | 0.77 | 0.00 | 7.81 |
| Sick | 0.58 | 0.00 | 24.71 |
| MEMO: | | | |

| NET PAY: | $3,990.60 |
|---|---|
| Acct#....2104: | $3,990.60 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 45.00 | 1,800.00 | 28,878.75 |
| Overtime Pay | 3.61 | 67.50 | 243.68 | 3,335.20 |
| Paid time off | - | 45.00 | 0.00 | 270.00 |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 |
| Bonus | - | - | 2,497.78 | 9,381.70 |
| Reimbursement | - | - | 8.00 | 258.00 |
| Paycheck Tips | - | - | 0.00 | 2,602.79 |
| On Call Spiff | - | - | 0.00 | 1,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Channel Locks on 4/15/25 | 0.00 | 26.95 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 281.57 | 2,835.78 |
| Medicare | 65.85 | 663.21 |
| CO Income Tax | 191.00 | 1,870.00 |
| CO Paid Family and Medical Leave EE | 20.44 | 205.81 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $4,549.46 | $45,996.44 |
| Taxes | $558.86 | $5,574.80 |
| Deductions | $0.00 | $26.95 |

**Net Pay**          **$3,990.60**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 05/02/2025
NET PAY: $2,061.65

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 04/21/2025 |
| Period Ending: | 04/27/2025 |
| Pay Date: | 05/02/2025 |
| Total Hours: | 39.59 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 35.38 |
| Paid time off | 0.77 | 0.00 | 8.58 |
| Vacation | 0.77 | 0.00 | 8.58 |
| Sick | 0.58 | 0.00 | 25.29 |
| MEMO: | | | |

| | |
|---|---|
| NET PAY: | $2,061.65 |
| Acct#....2104: | $2,061.65 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 39.59 | 45.00 | 1,781.55 | 30,660.30 |
| Overtime Pay | - | 67.50 | 0.00 | 3,335.20 |
| Paid time off | - | 45.00 | 0.00 | 270.00 |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 |
| Bonus | - | - | 565.19 | 9,946.89 |
| Reimbursement | - | - | 0.00 | 258.00 |
| Paycheck Tips | - | - | 0.00 | 2,602.79 |
| On Call Spiff | - | - | 0.00 | 1,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Channel Locks on 4/15/25 | 0.00 | 26.95 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 145.50 | 2,981.28 |
| Medicare | 34.03 | 697.24 |
| CO Income Tax | 95.00 | 1,965.00 |
| CO Paid Family and Medical Leave EE | 10.56 | 216.37 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,346.74 | $48,343.18 |
| Taxes | $285.09 | $5,859.89 |
| Deductions | $0.00 | $26.95 |

**Net Pay**          **$2,061.65**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 05/09/2025
NET PAY: $1,726.94

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 04/28/2025 |
| Period Ending: | 05/04/2025 |
| Pay Date: | 05/09/2025 |
| Total Hours: | 40.00 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 36.15 |
| Paid time off | 0.77 | 5.82 | 3.53 |
| Vacation | 0.77 | 0.00 | 9.35 |
| Sick | 0.58 | 0.00 | 25.86 |

MEMO:

| | |
|---|---|
| NET PAY: | $1,726.94 |
| Acct#....2104: | $1,726.94 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 34.18 | 45.00 | 1,538.10 | 32,198.40 |
| Overtime Pay | - | 67.50 | 0.00 | 3,335.20 |
| Paid time off | 5.82 | 45.00 | 261.90 | 531.90 |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 |
| Bonus | - | - | 0.00 | 9,946.89 |
| Reimbursement | - | - | 0.00 | 258.00 |
| Paycheck Tips | - | - | 164.02 | 2,766.81 |
| On Call Spiff | - | - | 0.00 | 1,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Channel Locks on 4/15/25 | 0.00 | 26.95 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 121.77 | 3,103.05 |
| Medicare | 28.47 | 725.71 |
| CO Income Tax | 78.00 | 2,043.00 |
| CO Paid Family and Medical Leave EE | 8.84 | 225.21 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,964.02 | $50,307.20 |
| Taxes | $237.08 | $6,096.97 |
| Deductions | $0.00 | $26.95 |

**Net Pay**              **$1,726.94**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 05/16/2025
NET PAY: $3,230.78

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 05/05/2025 |
| Period Ending: | 05/11/2025 |
| Pay Date: | 05/16/2025 |
| Total Hours: | 35.16 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 36.92 |
| Paid time off | 0.77 | 0.00 | 4.30 |
| Vacation | 0.77 | 0.00 | 10.12 |
| Sick | 0.58 | 0.00 | 26.44 |
| MEMO: | | | |

| | |
|---|---|
| NET PAY: | $3,230.78 |
| Acct#....2104: | $3,230.78 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 35.16 | 45.00 | 1,582.20 | 33,780.60 |
| Overtime Pay | - | 67.50 | 0.00 | 3,335.20 |
| Paid time off | - | 45.00 | 0.00 | 531.90 |
| Vacation Pay | - | 45.00 | 0.00 | 270.00 |
| Bonus | - | - | 2,254.39 | 12,201.28 |
| Reimbursement | - | - | 0.00 | 258.00 |
| Paycheck Tips | - | - | 0.00 | 2,766.81 |
| On Call Spiff | - | - | 0.00 | 1,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Channel Locks on 4/15/25 | 0.00 | 26.95 |
| Bonus Overpayment at 5280 Armory | 135.05 | 135.05 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 237.87 | 3,340.92 |
| Medicare | 55.63 | 781.34 |
| CO Income Tax | 160.00 | 2,203.00 |
| CO Paid Family and Medical Leave EE | 17.26 | 242.47 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $3,836.59 | $54,143.79 |
| Taxes | $470.76 | $6,567.73 |
| Deductions | $135.05 | $162.00 |

**Net Pay**        **$3,230.78**

Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

Pay Stub Detail
PAY DATE: 05/23/2025
NET PAY: $1,448.15

Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

**EMPLOYER**
Prime Plumbing and Heating Inc
7000 Broadway Ste 205
Denver CO 80221-2914

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 05/12/2025 |
| Period Ending: | 05/18/2025 |
| Pay Date: | 05/23/2025 |
| Total Hours: | 40.00 |

**EMPLOYEE**
Todd D. Diedrich
12282 W 65th Ave
Arvada CO 80004

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Unpaid time off | 0.77 | 0.00 | 37.69 |
| Paid time off | 0.77 | 3.50 | 1.57 |
| Vacation | 0.77 | 10.10 | 0.79 |
| Sick | 0.58 | 26.40 | 0.62 |
| MEMO: | | | |

| | |
|---|---|
| **NET PAY:** | **$1,448.15** |
| Acct#....2104: | $1,448.15 |

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | - | 45.00 | 0.00 | 33,780.60 |
| Overtime Pay | - | 67.50 | 0.00 | 3,335.20 |
| Paid time off | 3.50 | 45.00 | 157.50 | 689.40 |
| Sick Pay | 26.40 | 45.00 | 1,188.00 | 1,188.00 |
| Vacation Pay | 10.10 | 45.00 | 454.50 | 724.50 |
| Bonus | - | - | 0.00 | 12,201.28 |
| Reimbursement | - | - | 0.00 | 258.00 |
| Paycheck Tips | - | - | 0.00 | 2,766.81 |
| On Call Spiff | - | - | 0.00 | 1,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Channel Locks on 4/15/25 | 0.00 | 26.95 |
| Bonus Overpayment at 5280 Armory | 135.05 | 270.10 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 111.60 | 3,452.52 |
| Medicare | 26.10 | 807.44 |
| CO Income Tax | 71.00 | 2,274.00 |
| CO Paid Family and Medical Leave EE | 8.10 | 250.57 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,800.00 | $55,943.79 |
| Taxes | $216.80 | $6,784.53 |
| Deductions | $135.05 | $297.05 |

| **Net Pay** | **$1,448.15** |
|---|---|