United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-13091-RB |
| Todd Diedrich | Chapter 13 |
| Ashley Esquivel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 06, 2025 | Form ID: van154 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Todd Diedrich, Ashley Esquivel, 12282 W 65th Ave, Arvada, CO 80004-2408 |
| 42470634 | + | Citadel Servicing Corp DBA Acra Lending, 3 Ada Pkwy Suite 200A, Irvine, CA 92618-2322 |
| 42470637 | | Curacao Credit, 1605 W Olympic Blvd Ste 700, Los Angeles, CA 90015-3832 |
| 42470647 | | Paulson Orthodontics, 219 Cajon St, Redlands, CA 92373-5201 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 07 2025 04:19:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 07 2025 04:19:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42470631 | ^ | MEBN | Jun 07 2025 00:20:59 | AWA Collection, PO Box 6605, Orange, CA 92863-6605 |
| 42470630 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 07 2025 00:39:48 | Affirm, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 42470632 | + | EDI: BANKAMER2 | Jun 07 2025 04:19:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42491261 | + | EDI: TCISOLUTIONS.COM | Jun 07 2025 04:19:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 42470635 | | Email/Text: correspondence@credit-control.com | Jun 07 2025 00:30:00 | Credit Control, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 42504642 | | EDI: CAPITALONE.COM | Jun 07 2025 04:16:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42470633 | + | EDI: AIS.COM | Jun 07 2025 04:19:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Salt Lake City, UT 73118-7901 |
| 42470636 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2025 00:50:10 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 42470638 | | EDI: DISCOVER | Jun 07 2025 04:16:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 42470639 | + | EDI: AISACG.COM | Jun 07 2025 04:19:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42470640 | ^ | MEBN | Jun 07 2025 00:21:41 | First Portfolio Ventures II, LLC, 3091 Governors |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2025 | Form ID: van154 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Lake Drive Suite 500, Norcross, GA 30071-1135 |
| 42470641 | EDI: CALTAX.COM | Jun 07 2025 04:19:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42470642 | EDI: LCIICSYSTEM | Jun 07 2025 04:16:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 42470643 | EDI: IRS.COM | Jun 07 2025 04:19:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42470644 | EDI: JEFFERSONCAP.COM | Jun 07 2025 04:19:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 42470645 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2025 00:50:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42470646 | + Email/Text: bankruptcy@ncaks.com | Jun 07 2025 00:29:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, PO Box 3023, Hutchinson, KS 67504-3023 |
| 42470648 | EDI: PRA.COM | Jun 07 2025 04:19:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.A., PO Box 41067, Norfolk, VA 23541 |
| 42470649 | EDI: Q3G.COM | Jun 07 2025 04:19:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 42480726 | EDI: Q3G.COM | Jun 07 2025 04:19:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 42480731 | EDI: Q3G.COM | Jun 07 2025 04:19:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 42482151 | EDI: Q3G.COM | Jun 07 2025 04:19:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 42470650 | Email/Text: bankruptcygroup@sce.com | Jun 07 2025 00:30:00 | Southern California Edison Company, 1551 W San Bernardino Road, Covina, CA 91722-3407 |
| 42491260 | ^ MEBN | Jun 07 2025 00:21:53 | Synovus Bank, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 42470651 | Email/Text: webadmin@vhllc.co | Jun 07 2025 00:31:00 | Vance & Huffman LLC, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025          Signature:    /s/Gustava Winters

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Jun 06, 2025 | Form ID: van154 | Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Ashley Esquivel bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Todd Diedrich bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

FORM CACB van154−od13vdr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Todd Diedrich
dba A Drain Man

**BANKRUPTCY NO.** 6:25−bk−13091−RB

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−4797
Employer Tax−Identification (EIN) No(s).(if any):  11−3843711
**Debtor Dismissal Date:** 6/6/25

**JOINT DEBTOR INFORMATION:**
Ashley Esquivel

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any): xxx−xx−1306
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Joint Debtor Dismissal Date:**  6/6/25

**Address:**
12282 W 65th Ave
Arvada, CO 80004−2408

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 6, 2025

BY THE COURT,

**Magdalena Reyes Bordeaux**
United States Bankruptcy Judge

Form van154−od13vd Rev. 06/2017

**21 / SH**